AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
DEC 12 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| Michael Bruno et al<br>*Plaintiff*<br>v.<br>Northside Independent School District<br>*Defendant* | )<br>)<br>)  Civil Action No. 5:17cv1129-DAE<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus postjudgment interest at the rate of** _____ **%, along with costs.**

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Court GRANTS NISD's Motion for Judgment on the Administrative Record (Dkt. # 25) and DENIES Plaintiffs' Motion for Judgment on the Record (Dkt. # 26). Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Clerk's Office is INSTRUCTED to ENTER JUDGMENT and CLOSE THE CASE.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☑ **decided by Judge** David A. Ezra

Date: 12/12/2018

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*